UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FREDERICK L. RAVNELL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:15-cv-2983
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

Plaintiff initiated this action under 42 U.S.C. §§ 405(g) and 1383(c) for review of a final decision of the Commissioner of Social Security denying Plaintiff's application for supplemental security income. On November 17, 2016, the United States Magistrate Judge recommended that the Court reverse the Commissioner's nondisability finding and remand the case to the Commissioner and the Administrative Law Judge ("ALJ") under sentence four of § 405(g). (Report & Recommendation at 1 [ECF No. 18].) Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection. Accordingly, the Report and Recommendation [ECF No. 18] is **ADOPTED** and **AFFIRMED**. The Commissioner's nondisability finding is **REVERSED**, and this action is **REMANDED** to the Commissioner and the ALJ for further proceedings.

IT IS SO ORDERED.

1-9-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE